UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMY L. THOMPSON, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF MESQUITE, et al.,<br><br>　　　　Defendants. | 2:11-CV-1238 JCM (RJJ) |

**ORDER**

Presently before the court is the case of *Thompson, et. al. v. City of Mesquite dba Mesquite Police Department, et. al.*, 2:11-cv-1238-JCM-RJJ. The parties have not taken any action in this case since September 26, 2011. (Doc. #13).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties file a joint status report within 14 days of entry of this order.

DATED April 30, 2012.

　　　　　　　　　　　　　　　　　　　　　　*/s/ James C. Mahan*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**